FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 04, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

IN RE: CHARLES KUBIK,

        Appellant,

        v.

CITY OF PASCO; FRANKLIN COUNTY;
and DANIEL BRUNNER (CHAPTER 13
TRUSTEE),

        Appellees.

No. 4:22-CV-05119-SAB

**ORDER DISMISSING CASE**

     Appellant filed this Bankruptcy Appeal on September 22, 2022. A deadline was set to file the Designation on Record and extended twice. Appellant did not file or otherwise prosecute the case.

     On February 8, 2023, the Court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute. Appellant did not respond. Appellant's failure to respond to the Order to Show Cause is deemed consent to dismiss the Bankruptcy Appeal.

//

//

//

**ORDER DISMISSING CASE** *1

Accordingly, **IT IS HEREBY ORDERED**:

1.     The above-captioned case is **DISMISSED, without prejudice**.

2.     The Clerk of Court is directed to **CLOSE** the file.

**IT IS SO ORDERED.**  The Clerk of Court is directed to enter this Order, provide copies to counsel, <u>and</u> provide a copy to Appellant by the address listed in paragraph two of the Declaration of Mailing, ECF No. 10.

**DATED** this 4th day of April 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE** *2